UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO GONZALEZ DURAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FERNANDEZ BROTHERS, INC.,<br><br>Defendant. | Case No. 15-CV-03058-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Kiley Grombacher
Defendant's Attorney: Kimberley Worley

  An initial case management conference was held on November 19, 2015. A further case management conference is set for February 17, 2016 at 2:00 p.m. The parties shall file their joint case management statement by February 10, 2016.

  By December 18, 2015, the parties shall file a stipulation of dismissal (1) without prejudice as to the class claims with a tolling agreement, and (2) with prejudice as to the individual plaintiffs' claims.

  The parties shall exchange initial disclosures by December 22, 2015.

  The Court set the following case schedule:

1

Case No. 15-CV-03058-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Initial Disclosure Exchange | December 22, 2015 |
| Last Day to Amend the Pleadings/Add Parties | January 15, 2016 |
| Further Case Management Conference | February 17, 2016 at 2:00 p.m. |
| Last Day to File Motion for Class Certification | May 12, 2016 |
| Class Certification Hearing | August 11, 2016 at 1:30 p.m. |
| Close of Fact Discovery | November 18, 2016 |
| Opening Expert Reports | December 16, 2016 |
| Rebuttal Expert Reports | January 13, 2017 |
| Close of Expert Discovery | February 3, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 16, 2017 |
| Hearing on Dispositive Motions | April 6, 2017 at 1:30 p.m. |
| Final Pretrial Conference | June 1, 2017 at 1:30 p.m. |
| Jury/Bench Trial | June 12, 2017 at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: November 19, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-03058-LHK
CASE MANAGEMENT ORDER